UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LEON LIPPETT,

    Plaintiffs,

v.                                                                               Case No. 21-11289

NELSON DUNCAN,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections, (2) Sustaining Defendant's Objection, (3) Adopting in part and Rejecting in Part the Magistrate Judge's Report and Recommendation, (4) Denying Plaintiff's Motion for Partial Summary Judgment, (5) Granting Defendant's Motion for Summary Judgment, and (6) Denying Plaintiff's Motion to Supplement Record as Moot," entered on March 17, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Nelson Duncan and against Plaintiff Leon Lippett.

Dated at Port Huron, Michigan, March 17, 2023.

                                                            KINIKIA ESSIX
                                                            CLERK OF THE COURT

                                                            By: s/Lisa Wagner
                                                            Lisa Wagner, Case Manager
                                                            to Judge Robert H. Cleland

S:\Cleland\Cleland\NTH\Civil\21-11289.LIPPETT.Judgment.NH.docx